UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Jarred Dean Lind,

                Petitioner,

vs.                                     ORDER ADOPTING
                                       REPORT AND RECOMMENDATION

Joan Fabian, and
State of Minnesota,

                Respondents.          Civ. No. 07-3558 (PJS/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1.    That the Petitioner's self-styled "Motion for Habeas Corpus Ad Subjiciendum" [Docket No. 1] is dismissed, but without prejudice, for failure to comply with this Court's Order dated August 13, 2007, and for failure to prosecute.

2.    That the Petitioner's Motion for Service of Process [Docket No. 2] is denied, as moot.

Dated: 10/23/07                                                      s/Patrick J. Schiltz
                                                                 Patrick J. Schiltz, Judge
                                                                 United States District Court